USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS C. CHAMBERLAIN,

                       Plaintiff,

   -against-

SPLASHLIGHT, LLC, MICHAELA KREBS, BIJOU SUMMERS, DOES 1-20,

                       Defendants.

23-CV-6318 (VEC)

VALENTIN ORDER

VALERIE CAPRONI, United States District Judge:

    Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit Splashlight, LLC to identify Michaela Krebs. It is therefore ordered that Splashlight, LLC must ascertain the addresses where Michaela Krebs may be served. Splashlight, LLC must provide this information to Plaintiff and the Court no later than **December 11, 2023**.

    Within thirty days of receiving this information, the Court will issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for Michaela Krebs and deliver all documents necessary to effect service to the U.S. Marshals Service.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Date: October 27, 2023
      New York, NY

                                       **VALERIE CAPRONI**
                                       **United States District Judge**