UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS C. CHAMBERLAIN,

                  Plaintiff,

-v-

SPLASHLIGHT, LLC, MICHAELA KREBS, and BIJOU SUMMERS,

                  Defendants.

CIVIL ACTION NO.: 23 Civ. 6318 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 7, 2023, the Court directed pro se Plaintiff Lucas C. Chamberlain and Defendants Splashlight, LLC and Bijou Summers (together, the "Appearing Defendants") to meet and confer and, by January 8, 2024, file a joint letter regarding their efforts to schedule a mediation. (ECF No. 25 at 2). The Court also directed Mr. Chamberlain to file by January 8, 2024 his opposition (the "Opposition") to the Appearing Defendants' motion to dismiss Mr. Chamberlain's Complaint (ECF No. 16 (the "Motion")). (ECF No. 25 at 2). On January 8, 2024, the Appearing Defendants filed a letter stating that, despite numerous attempts, they were unable to contact Mr. Chamberlain. (ECF No. 28). Mr. Chamberlain also failed to file the Opposition by the Court-ordered deadline. On January 22, 2024, pro bono counsel Courtney Howard filed a Notice of Limited Appearance on behalf of Mr. Chamberlain, limited to "representing [Mr. Chamberlain] solely for the purposes of the mediation." (ECF No. 29). Accordingly, the Court orders as follows:

1. Counsel for the Appearing Defendants and Ms. Howard shall promptly meet and confer and, by **January 30, 2024**, file a joint letter (the "Letter") reporting on their

efforts to schedule a mediation.

2. Mr. Chamberlain's deadline to file the Opposition is HELD IN ABEYANCE pending the Court's receipt of the Letter.

The Appearing Defendants shall promptly serve a copy of this Order on Mr. Chamberlain, and file proof of service by **January 24, 2024**.

The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Chamberlain.

Dated: New York, New York
January 23, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**