UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS C. CHAMBERLAIN,

                    Plaintiff,

-v-

SPLASHLIGHT, LLC, MICHAELA KREBS, and BIJOU SUMMERS,

                    Defendants.

CIVIL ACTION NO.: 23 Civ. 6318 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the letter at ECF No. 36 regarding the parties' mediation scheduled for March 14, 2024 (the "Mediation"), the Court orders as follows:

1. The motion to dismiss (ECF No. 16 (the "Motion")) filed by Defendants Splashlight, LLC and Bijou Summers (the "Moving Defendants") is administratively DENIED WITHOUT PREJUDICE.

2. Defendant Michaela Krebs' deadline to respond to the Complaint is HELD IN ABEYANCE pending completion of the Mediation.

3. By **March 21, 2024**, the parties shall file a joint letter reporting on the status of the Mediation.

4. If the Mediation is unsuccessful, then:

   a. By **March 21, 2024**:

      i. The Moving Defendants shall re-file the Motion.

      ii. Ms. Krebs shall file her response to the Complaint.

   b. By **April 22, 2024**, Plaintiff shall file his opposition to the Motion.

      c. By **May 6, 2024**, the Moving Defendants shall file their reply, if any.

The Moving Defendants shall promptly serve a copy of this Order on Plaintiff and counsel for Ms. Krebs, and file proof of service by **February 16, 2024**.

Counsel for Ms. Krebs shall file a notice of appearance by **February 20, 2024**.

The Clerk of the Court is respectfully directed to close ECF No. 16, and to mail a copy of this order to Plaintiff.

Dated:    New York, New York
            February 15, 2024        SO ORDERED.

*[signature]*

**SARAH L. CAVE**
**United States Magistrate Judge**