UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS C. CHAMBERLAIN,

               Plaintiff,

-v-

SPLASHLIGHT, LLC, MICHAELA KREBS, and BIJOU SUMMERS,

               Defendants.

CIVIL ACTION NO.: 23 Civ. 6318 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Lucas Chamberlain's February 25, 2024 letter requesting the Court's assistance in determining whether any Defendant has a "connection" to law enforcement.  (ECF No. 39 (the "Request")).  Mr. Chamberlain is advised that the Court does not provide such relief, and that he will have an opportunity to obtain information from Defendants if and when this case proceeds to the discovery phase, which will not begin until after the parties complete their mediation efforts.[1]  Accordingly, the Request is denied at this time. The Court encourages Mr. Chamberlain to focus his efforts on the mediation.

The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Chamberlain.

Dated:     New York, New York
            February 27, 2024

SO ORDERED.

_Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] The Court does not decide at this time whether the content of the Relief is an appropriate subject of discovery.