UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS C. CHAMBERLAIN,

        Plaintiff,

-v-

SPLASHLIGHT, LLC, MICHAELA KREBS, and BIJOU SUMMERS,

        Defendants.

CIVIL ACTION NO.: 23 Civ. 6318 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 15, 2024, the Court directed the parties to file a letter reporting on the status of their mediation efforts (the "Letter") by Mach 21, 2024. (ECF No. 37 ¶ 3). The parties did not file the Letter by the Court-ordered deadline or request an extension of time to do so. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **March 27, 2024**.

The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated:    New York, New York
           March 22, 2024

SO ORDERED.

_\[signature\]_

**SARAH L. CAVE
United States Magistrate Judge**