UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS C. CHAMBERLAIN,

                    Plaintiff,

     -v-

SPLASHLIGHT, LLC, MICHAELA KREBS, and BIJOU SUMMERS,

                    Defendants.

CIVIL ACTION NO.: 23 Civ. 6318 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' letter at ECF No. 45 regarding the parties' mediation scheduled for April 12, 2024 (the "Mediation"), the Court orders as follows:

1. By **April 19, 2024**, the parties shall file a joint letter reporting on the status of the Mediation.

2. If the Mediation is unsuccessful, then:

    a. By **April 26, 2024**:

        i. Defendants Splashlight, LLC and Bijou Summers (the "Moving Defendants") shall re-file their motion to dismiss the Complaint (ECF No. 16 (the "Motion")).

        ii. Defendant Michaela Krebs shall file her response to the Complaint.

    b. By **May 28, 2024**, Plaintiff shall file his opposition to the Motion.

    c. By **June 11, 2024**, the Moving Defendants shall file their reply, if any.

The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated:      New York, New York
            March 28, 2024

                                    SO ORDERED.

                                    **SARAH L. CAVE**
                                    **United States Magistrate Judge**