UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS C. CHAMBERLAIN,

                Plaintiff,

-v-

SPLASHLIGHT, LLC, MICHAELA KREBS, and BIJOU SUMMERS,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 6318 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pro se Plaintiff Lucas Chamberlain's request for a stay of this action pending the completion of the "unlawful investigation into" him (ECF No. 49) is DENIED. To the extent Mr. Chamberlain seeks an extension of a specific case deadline, he may seek such relief at the appropriate time and on a showing of good cause. See Fed. R. Civ. P. 16(b)(4). All terms of the Court's March 28, 2024 Order (ECF No. 46) REMAIN IN EFFECT.

The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated:    New York, New York
           April 19, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge