UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS C. CHAMBERLAIN,

Plaintiff,

-v-

SPLASHLIGHT, LLC, MICHAELA KREBS, and BIJOU SUMMERS,

Defendants.

CIVIL ACTION NO.: 23 Civ. 6318 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants Splashlight, LLC and Bijou Summers have filed a motion to dismiss pro se Plaintiff Lucas Chamberlain's Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. (ECF No. 52 (the "Splashlight Defendants' Motion")). Defendant Michaela Krebs has also filed a motion to dismiss the Complaint, in which she joins in the Splashlight Defendants' Motion and sets forth additional arguments with respect to Mr. Chamberlain's claims against her. (ECF No. 54 ("Krebs' Motion," with the Splashlight Defendants' Motion, the "Motions")). The Honorable Valerie E. Caproni has referred the Motions to the undersigned for a Report and Recommendation. (ECF No. 57).

Pursuant to the Court's March 28, 2024 Order (ECF No. 46 ¶ 2), the Court orders as follows:

1. By **May 28, 2024**, Mr. Chamberlain shall file his opposition to the Motions.
2. By **June 11, 2024**, Defendants shall file their replies, if any.

Mr. Chamberlain is warned that that failure to oppose the Motions will result in the Court ruling on the Motions based on Defendants' submissions alone and may result in dismissal of this

action with prejudice.

Defendants shall promptly serve a copy of this Order on Mr. Chamberlain and file proof of service on the docket by **May 1, 2024**.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Mr. Chamberlain.

Dated: New York, New York
April 29, 2024

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**