**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUCAS C. CHAMBERLAIN,

                Plaintiff,                          23 **CIVIL** 6318 (VEC)

      -against-                               **JUDGMENT**

SPLASHLIGHT, LLC, MICHAELA KREBS,
BIJOU SUMMERS, AND DOES 1-20,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 19, 2024, the Court has ADOPTED the R&R in full. Defendants' Motions to Dismiss are GRANTED, and the Complaint is dismissed with prejudice and without leave to amend. Because Plaintiff did not object to the R&R, and because the R&R expressly warned that the failure timely to object would result in the waiver of any such objections, appellate review of this decision is precluded. See Fed. R. Civ. P. 72(b) advisory committee's note; Caidor v. Onondaga Cnty., 517 F.3d 601, 602–03 (2d Cir. 2008). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith and, therefore, permission to appeal in forma pauperis is denied. Coppedge v. United States, 369 U.S. 438, 444–45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
          December 19, 2024

                                                          **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                              **BY:**          K. Mango

                                                          **Deputy Clerk**